**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/7/18 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   MICHAEL G. SLUPSKI
   PATRICIA A. SLUPSKI
        Debtor(s)

   Ronda J. Winnecour
        Movant
     vs.
   No Repondents.

Case No.:13-10652 TPA

Chapter 13

Document No.: 59

## ORDER OF COURT

AND NOW, this ___7th___ day of ___August___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael G. Slupski  
Patricia A. Slupski  
    Debtors

Case No. 13-10652-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 2     Date Rcvd: Aug 07, 2018  
                  Form ID: pdf900    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.

```
db/jdb         Michael G. Slupski,    Patricia A. Slupski,    88 Wellington Street,    North East, PA  16428-1730
aty           +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
               Pittsburgh, PA 15219-2719
sp            +Amanda J. Bonnesen,    Law Firm of Berger and Green,    800 Waterfront Drive,
               Pittsburgh, PA 15222-4793
cr            +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
13691398      +Associated Clinical Laboratories,    1526 Peach Street,    Erie, PA 16501-2190
13641821      +Associated Clinical Labs,    1526 Peach Street,    Erie, PA 16501-2190
13641829      +Attn: Bankruptcy Department,    M&T Credit Services, LLC,    P.O. Box 2187,
               Buffalo, NY 14240-2187
13641833       Attn: Customer Service,    PNC Bank, N.A.,    P.O. Box 3429,    Pittsburgh, PA 15230-3429
13641823       Clinical Associates in,    Radiology, P.C.,    P.O. Box 49,    Pittsburgh, PA 15230-0049
13641824       Computer Credit, Inc.,    640 West Fourth Street,    P.O. Box 5238,
               Winston-Salem, MN 27113-5238
13641838       Department of Veterans Affairs,    P.O. Box 530269,    Atlanta, GA 30353-0269
13641826      +Erie Physicians Network,    P.O. Box 1538,    Hermitage, PA 16148-0538
13664815      +Everbank,    c/of Margaret Gairo, Esquire,    123 S. Broad Street, Suite 1400,
               Philadelphia, PA 19109-1060
13664219      +Everbank,    301 West Bay Street,    Jacksonville, Florida 32202-5180
13641827      +Everhome Mortgage,    Customer Service Department,    P.O. Box 2167,
               Jacksonville, FL 32232-0004
13641828      +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
13641831      +George P. Moylan, Jr., D.D.S.,    35 West Main Street,    North East, PA 16428-1135
13658858      +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13641830      +Medical Financial Solutions,    225 N. Rose Street,    Kalamazoo, MI 49007-3823
13641832      +National Asset Management, LLC,    PO Box 840,    Moon Township, PA 15108-0840
13644980      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13641834      +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
13641835       Saint Vincent Institute,    3530 Peach Street,    Lower Level 1,    Erie, PA 16508-2768
13641836       Tri-State Adjustments, Inc.,    P.O. Box 3219,    La Crosse, WI 54602-3219
13641837      +Vantage Home Medical Equipment,    & Services,    5702 Peach Street,    Erie, PA 16509-2608
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35     DITECH FINANCIAL LLC,
               P.O. Box 6154,    Rapid City, SD  57709-6154
cr             E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35     Green Tree Servicing, LLC,
               PO Box 0049,    Palatine, IL  60055-0049
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:32:56
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13641822       E-mail/Text: matthartweg@cbjcredit.com Aug 08 2018 02:28:18     CBJ Credit Recovery,
               117 West Fourth Street,    P.O. Box 1132,    Jamestown, NY 14702-1132
13651916       E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:27:30     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13641825       E-mail/Text: mrdiscen@discover.com Aug 08 2018 02:27:30     Discover Financial Services,
               P.O. Box 3025,    New Albany, OH 43054-3025
14754317       E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35
               Ditech Financial LLC F/K/A Green Tree,    Servicing LLC,    P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
13859826      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 08 2018 02:27:35     Green Tree Servicing LLC,
               PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
13649966       E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:34:03
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr              Ditech Financial LLC FKA Green Tree Servicing LLC
cr              EverBank
13691397*      +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: dkam                  Page 2 of 2                  Date Rcvd: Aug 07, 2018
                               Form ID: pdf900             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    EverBank ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Celine P. DerKrikorian    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    EverBank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    EverBank mcohen@mwc-law.com
              Michael J. Graml    on behalf of Joint Debtor Patricia A. Slupski mattorney@neo.rr.com,
               mjgraml@verizon.net
              Michael J. Graml    on behalf of Debtor Michael G. Slupski mattorney@neo.rr.com,
               mjgraml@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```